# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Allen Fitzgerald Caldwell,

    Petitioner,

vs.

Donald G. Wood,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:07-cv-41-RJC

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 28, 2010 Order.

    Signed: December 28, 2010

Frank G. Johns, Clerk
United States District Court